```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
　　　　　　　　　　　　　　　　　　　　　　　　　　:
SHIVAN BASSAW, *individually and on behalf of all*　:
*others similarly situated*,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:　　1:23-cv-3482-GHW
　　　　　　　　　　　　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:　　ORDER
　　　　　　　　　　-v -　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
SANSI LED LIGHTING, INC.,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Defendant.　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

　　Local Civil Rule 1.4 sets forth requirements for the withdrawal or displacement of counsel. The Committee Note to Local Civil Rule 1.4 states that the rule is "not meant to preclude substitution of counsel by a stipulation which has been signed by counsel, the counsel's client, and all other parties, and which has been so ordered by the Court." On June 20, 2023, Defendant filed a proposed order for substitution of counsel signed by Defendant, Defendant's current counsel, and Defendant's proposed new counsel; the proposed order for substitution is not signed by "all other parties." Dkt. No. 11. That proposed order does not satisfy the requirements of Local Civil Rule 1.4, nor does it satisfy the requirements for substitution by stipulation set forth in the Committee Note. The Court will not grant Defendant's request to substitute counsel without a motion that satisfies Local Civil Rule 1.4's requirements or a stipulation that meets the requirements set out in the Committee Note. In the alternative to substitution, new counsel may enter an appearance and old counsel may then seek leave to withdraw under Local Civil Rule 1.4. Defendant's current

counsel is directed to serve a copy of this order on Defendant's proposed new counsel and to retain proof of service.

    SO ORDERED.

Dated: June 21, 2023
      New York, New York

_____
GREGORY H. WOODS
United States District Judge